■ MARY H. MILLS-MELIUS, Appellant, v ROBERT J. PLETMAN et al., Respondents.—Appeal from an order of the Supreme Court (Mercure, J.), entered March 27, 1987 in Schenectady County, which granted defendant's motion to dismiss the complaint for failure to state a cause of action.

Order affirmed, without costs, upon the opinion of Justice Thomas E. Mercure. Mahoney, P. J., Casey, Weiss and Yesawich, Jr., JJ., concur.